### STATE OF NORTH CAROLINA v. EARL FESPERMAN.

(Filed 7 April, 1965.)

APPEAL by the State from *Latham, S.J.,* 14 December 1964 Conflict Criminal Session of MECKLENBURG.

The defendant was charged in Bills of Indictment Nos. 43270 and 43271 that on or about September 1963 he wilfully and corruptly refused and neglected to discharge one of his official duties as a police officer of the City of Charlotte, North Carolina, said duty being to-wit: "the arrest, apprehension, and assisting in the arrest and apprehension of George Baker, 113 Sycamore Street, Charlotte, North Carolina, on the charge of flim-flam or larceny of property by trick or artifice, for the High Point, North Carolina, police department to the injury of the public and the people of the City of Charlotte, North Carolina, all in violation of his oath and duty to the public," *et cetera.*

The defendant moved to quash these bills on the same grounds set out in the case of *S. v. Hord,* filed this day, *ante* 149. The motion was allowed as to both bills, and the State appeals pursuant to the provisions of G.S. 15-179, and assigns error.

*Attorney General Bruton, Deputy Attorney General Harry W. Mc-Galliard, Asst. Attorney General James F. Bullock for the State, appellant.*

*Bailey & Booe for defendant appellee.*

PER CURIAM.   On authority of *S. v. Hord, ante* 149, we hold that a duly appointed policeman of the City of Charlotte, North Carolina, is an officer of said City within the meaning of G.S. 14-230.

The ruling of the court below, quashing these bills of indictment, will be upheld for the reasons stated in the case of *S. v. Stogner,* filed this day, *ante* 163.

Affirmed.